United States District Court
Southern District of Texas

**ENTERED**

August 14, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| OWAHIDUL ISLAM, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-1133 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Owahidul Islam's Petition for Writ of Habeas Corpus. (Dkt. No. 1). On July 2, 2026, Respondents filed an advisory indicating that they intended to remove petitioner on July 28, 2026. (Dkt. No. 12 at 1). However, the Court has not received any further advisory on Petitioner's detention status.

Accordingly, Respondents are **ORDERED** to file an advisory **no later than August 21, 2026**, confirming the status of Petitioner's removal and whether Respondents are opposed to a final judgment in this case.

The Clerk of Court is **DIRECTED** to serve a copy of this Order on Owahidul Islam via United States mail at: **Owahidul Islam, A-Number: 221-389-986, Webb County Detention Center, 9998 S. Zapata Highway 83, Laredo, Texas 78046.**

**IT IS SO ORDERED**.

**SIGNED** on August 14, 2026.

Brian C. Bajew
United States Magistrate Judge